IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ASA T. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3158 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| OFFICER BAKEWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing nos. 13, 18 and 19 filed by the plaintiff, Asa T. Carter, a prisoner in the custody of the Nebraska Department of Correctional Services ("DCS"). The plaintiff seeks monetary and injunctive relief for deprivations of due process in connection with prison disciplinary proceedings.

In filing nos. 13 and 18, the plaintiff seeks leave to amend his complaint. Filing nos. 13 and 18 are granted, and the amendments to the complaint stated therein are accepted for filing instanter.

In filing no. 19, the plaintiff states that he is in protective custody and has very limited access to a law library. Therefore, he asks the court to delay for several weeks a ruling on the motion for extension of time filed on behalf of Dennis Bakewell by the Office of the Nebraska Attorney General. Ordinarily the plaintiff would receive a liberal extension of time for any purpose, particularly given his limited access to a library. However, the court will not extend the time for the plaintiff to object to the defendant's motion for an extension of time. Extensions of time are liberally granted to all parties, especially at the outset of a case. In addition, the defendant has already received the requested extension. Accordingly, filing no. 19 is denied as moot.

SO ORDERED.

DATED this 30th day of November, 2005.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge