IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ASA T. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3158 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OFFICER BAKEWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 26, the plaintiff's Motion to Strike the defendants' Motion for Enlargement of Time. In filing no. 16, the defendants requested an extension of time to answer or otherwise respond to the complaint. In filing no. 17, the court granted the extension. In filing no. 24, the defendants filed their Motion to Dismiss, which qualifies as a response to the complaint. Therefore, the plaintiff's Motion to Strike is moot and must be denied as such. Filing no. 26 is denied.

    SO ORDERED.

    DATED this 9th day of December, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge