## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ASA T. CARTER,** | ) | **CASE NO. 4:05CV3158** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER TO** |
| v. | ) | **SHOW CAUSE** |
| | ) | |
| **BAKEWELL et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Whereas, 28 U.S.C. §1915(g) provides:

In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

And, whereas, a search of the records of this Court reveals that the Plaintiff has brought the following actions that were dismissed:

1. Carter v Douglas County Correctional Center, 93cv74.

2. Carter v Dunning, 95cv297.

3. Carter v McPhillips, 95cv362.

Therefore, on or before June 15, 2007, the Plaintiff shall file with this Court an affidavit or an affirmation made under penalty of perjury stating any reasons why the above-captioned action should not be dismissed in accordance with 28 U.S.C. §1915(g). In the absence of such a filing showing good cause why this action should not be dismissed, an order of dismissal will be entered.

Dated this 4th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge